# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2654
_____

Terrance J. Hood, also known as Terrance J. Soto

*Plaintiff - Appellant*

v.

D. White, Sheriff; Naylor, Captain; Boulton, Lt.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: May 8, 2014
Filed: May 28, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Terrance Hood appeals the district court's[1]
dismissal of his complaint that the allegedly humiliating lack of privacy to which he

---

[1]The Honorable Ronald E. Longstaff, United States District Judge for the
Southern District of Iowa.

is exposed when he showers at the Muscatine County Jail violates the Eighth Amendment and his Fourth Amendment right of privacy, and the court's denial of his motion to reconsider. Following careful review, we affirm both orders because we agree with the district court that defendants are entitled to qualified immunity, and the court did not abuse its discretion in denying reconsideration. <u>See</u> 8th Cir. R. 47B.

_____